UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN WISE,

      Plaintiff,

  v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,

      Defendants.

Case No. C05-5810 FDB/KLS

ORDER RE-NOTING MOTION TO AMEND AND GRANTING MOTION FOR ADDITIONAL COPY OF ANSWER TO COMPLAINT

      This 42 U.S.C. § 1983 civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Before the Court are Plaintiff's motion for leave to file an amended complaint (Dkt. # 31) and motion for an additional copy of Defendant's Answer to the Complaint (Dkt. # 32). Plaintiff filed his motion to amend, along with a certificate of service on September 27, 2006. The certificate of service reflects that Plaintiff served only the Clerk of the Court with a copy of the motion to amend.

      Plaintiff must serve the Defendants with copies of all pleadings or motions filed in this matter. Whenever a pleading or other paper is filed in paper form for the Clerk's Office to scan and upload to CM/ECF, the filer must serve conventional copies on all parties to the case according to the Federal Rules. Although Plaintiff filed his motion to amend on September 27, 2006, the certificate of service reflects that he did not serve Defendants with a copy of the motion. Accordingly, Plaintiff is advised that the motion shall be re-noted to provide Defendants with sufficient time to respond to his motion and that in the future, any pleading, motion or other paper that Plaintiff files with the Court

ORDER - 1

should also be served in paper form on the Defendants.

Accordingly, plaintiff's motion to amend his complaint (Dkt. # 31) shall be re-noted for **November 17, 2006**. Plaintiff's motion for an additional copy of Defendant's Answer (Dkt. # 32) is **GRANTED; and the Clerk of the Court is directed to send a copy of Defendant's Answer to Plaintiff.**

The Clerk is further directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this 24th day of October, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2