1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN WISE,

          Plaintiff,

    v.

WASHINGTON STATE DEPARTMENT OF
CORRECTIONS, *et al.*,

          Defendant.

Case No. C05-5810 FDB/KLS

ORDER GRANTING MOTION FOR
LEAVE TO FILE OVERLENGTH
BRIEF IN RESPONSE TO MOTION
FOR SUMMARY JUDGMENT

      This civil rights case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  Before the Court is Plaintiff's motion to file an overlength brief and to dispense with the requirement of marking exhibits with a separate piece of paper.  Defendants have filed no opposition to the motion.

      The Court finds that leave shall be granted and therefore, Plaintiff's motion (Dkt. # 49) is **GRANTED**.

      DATED this _6th_ day of April, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1