UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN WISE,

    Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

Case No. C05-5810 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, has reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, the Defendants' Response to the Objections, and the remaining record. The plaintiff's objections to the Report and Recommendation are not well taken; the Magistrate Judge's analysis is compelling, and the Defendants' Response points out the weaknesses in Plaintiff's objections. ACCORDINGLY, the Court does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion for summary judgment (Dkt. # 42) is **GRANTED**;

(3) Plaintiff's Motion for File Excess Pages for the Objections [Dkt. # 64] is **GRANTED**; and

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 7th day of June 2007.

/s/ Franklin D. Burgess
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1