# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN WISE

v.

WASHINGTON STATE
DEPARTMENT OF CORRECTIONS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C05-5810FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Defendant's motion for summary judgment (Dkt. #42) is **GRANTED**; and

Plaintiff's Motion for File Excess Pages for the Objections (Dkt. #64) is **GRANTED**.

| June 7, 2007 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk